**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6490**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MUANGU GHOTA,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Senior District Judge.  (3:13-cr-00105-JRS-1)

Submitted:  June 21, 2016        Decided:  June 23, 2016

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Muangu Ghota, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muangu Ghota appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  United States v. Ghota, No. 3:13-cr-00105-JRS-1 (E.D. Va. Mar. 29, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED